1  COOLEY LLP
   JOHN C. DWYER (136533) (dwyerjc@cooley.com)
2  JESSICA VALENZUELA SANTAMARIA (220934) (jsantamaria@cooley.com)
   AMANDA A. MAIN (260814) (amain@cooley.com)
3  BRETT H. DE JARNETTE (292919) (bdejarnette@cooley.com)
   3175 Hanover Street
4  Palo Alto, CA  94304-1130
   Telephone:     (650) 843-5000
5  Facsimile:     (650) 849-7400

6  Attorneys for Defendants
   XOMA CORPORATION, JOHN W. VARIAN,
7  and PAUL D. RUBIN

8                       UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11 JOSEPH F. MARKETTE, on Behalf of              Case No.  3:15-CV-3425-HSG
   Himself and All Others Similarly Situated,
12                                               **STIPULATION AND ORDER TO VACATE
                  Plaintiff,                     INITIAL CASE MANAGEMENT
13                                               CONFERENCE AND RESET ALL RELATED
          v.                                     DEADLINES AND EXTEND DEFENDANTS'
14                                               TIME TO ANSWER OR OTHERWISE
   XOMA CORPORATION, JOHN W.                     RESPOND TO THE COMPLAINT**
15 VARIAN, and PAUL D. RUBIN,

16                Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

                                        STIP. AND [PROPOSED] ORDER TO VACATE CMC
                                        AND EXTEND TIME TO RESPOND TO COMPLAINT
                                        3:15-CV-3425-HSG

1   Plaintiff Joseph Markette, individually and on behalf of all others similarly situated,

2   ("Plaintiff"), by and through his undersigned counsel, and Defendants XOMA Corporation, John

3   Varian, and Paul Rubin ("Defendants"), by and through their undersigned counsel, hereby

4   stipulate and agree as follows:

5   WHEREAS Plaintiff's Class Action Complaint for Violations of the Federal Securities

6   Laws (the "Complaint") was filed in the action styled *Markette v. XOMA Corporation, et al.*,

7   No. 3:15-CV-3425-HSG on July 24, 2015 (Dkt. No. 1) (the "Complaint");

8   WHEREAS, Plaintiff sent waivers of service of summons to Defendants on August 4,

9   2015 and Cooley LLP accepted service on their behalf;

10   WHEREAS, under Rule 12 of the Federal Rules of Civil Procedure, Defendants are

11   required to answer or otherwise respond to Plaintiff's Complaint on or before September 28,

12   2015;

13   WHEREAS, under section 78u-4(a)(3) of the Private Securities Litigation Reform Act of

14   1995 ("PSLRA") the deadline to file a motion to appoint lead plaintiff and to appoint lead counsel

15   is September 22, 2015;

16   WHEREAS, on July 27, 2015, this Court issued an Order, scheduling an Initial Case

17   Management Conference for October 27, 2015 along with related Alternative Dispute Resolution

18   ("ADR") deadlines.

19   WHEREAS, the parties agree that, in light of the deadline to file a motion to appoint lead

20   plaintiff and lead counsel, and in the interests of judicial economy and preservation of the Court's

21   and the parties' resources, Defendants need not respond to the pending Complaint;

22   WHEREAS, under Civil Local Rule 6-1(a), the parties may stipulate in writing, without a

23   Court order, to extend the time within which to answer or otherwise respond to the Complaint

24   provided that the change will not alter the date of any event or any deadline already fixed by

25   Court order;

26   WHEREAS, the Court has not issued any order setting the time within which Defendants

27   must answer or otherwise respond to the Complaint;

28

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1

STIP AND [PROPOSED] ORDER TO VACATE CMC
AND EXTEND TIME TO RESPOND TO COMPLAINT
3:15-CV-3425-HSG

1   NOW THEREFORE, the parties hereby STIPULATE and AGREE as follows, through

2   their undersigned counsel:

3   **1.** Defendants shall not be required to, and shall not waive any rights, arguments, or

4   defenses by not answering, moving against, or otherwise responding to the pending Complaint in

5   the action styled *Markette v. XOMA Corporation, et al.*, No. 3:15-CV-3425-HSG;

6   **2.** Upon appointment of a lead plaintiff and lead counsel, the parties will meet and

7   confer to set a schedule for the filing by such lead plaintiff of a consolidated complaint and

8   Defendants' response.

9   3. The Initial Case Management Conference currently scheduled for October 27,

10  2015, along with any associated deadlines under the Federal Rules of Civil Procedure and Local

11  Rules (including ADR deadlines), shall be vacated and reset after appointment of lead plaintiff

12  and lead counsel.

13  **IT IS SO STIPULATED.**

14  Respectfully Submitted,

15  Dated: August 26, 2015                    COOLEY LLP

16

17                                            */s/ Jessica Valenzuela Santamaria*
                                              Jessica Valenzuela Santamaria (136533)
18
                                              Attorneys for Defendants XOMA CORPORATION,
19                                            JOHN W. VARIAN, and PAUL D. RUBIN

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2.

**STIP AND [~~PROPOSED~~] ORDER TO VACATE CMC
AND EXTEND TIME TO RESPOND TO COMPLAINT
3:15-CV-3425-HSG**

1    Dated:  August 26, 2015          PUNZALAN LAW, P.C.

2

3                                          */s/ Mark Punzalan*
                                    ──────────────────────────
4                                       Mark Punzalan (247599)

5                                  Attorneys for Plaintiff JOSEPH F. MARKETTE

6                                  LEVI & KORSINSKY, LLP
                                   Nicholas I. Porritt (to be admitted *pro hac vice*)
7                                  Adam M. Apton (to be admitted *pro hac vice*)
                                   1101 30th Street, N.W., Suite 115
8                                  Washington, D.C.  20007
                                   Tel:     (202) 524-4290
9                                  Fax:     (202) 363-2121

10

11                                 LEVI & KORSINSKY, LLP
                                   Julia J. Sun (to be admitted *pro hac vice*)
12                                 30 Broad Street, 24th Floor
                                   New York, New York  10004
13                                 Tel:     (212) 363-7500
                                   Fax:     (212) 363-7171

14

15                                      *       *       *

16                                          **ORDER**

17

18        PURSUANT TO STIPULATION, IT IS SO ORDERED.

19

20   DATED:  August 27, 2015
                                   Hon. Haywood S. Gilliam, Jr.
21                                 United States District Court Judge

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO
                                3.
                                          STIP AND [~~PROPOSED~~] ORDER TO VACATE CMC
                                          AND EXTEND TIME TO RESPOND TO COMPLAINT
                                          3:15-CV-3425-HSG

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to the United States District Court for the Northern District of California, Civil L. R. 5-1(i), I, Jessica Valenzuela Santamaria, hereby attest that the concurrence to the filing of the foregoing document has been obtained from Mark Punzalan, who has provided the conformed signature above.

Dated: August 26, 2015          COOLEY LLP

                                        _/s/ Jessica Valenzuela Santamaria_
                                        Jessica Valenzuela Santamaria (220934)

                                        Attorneys for Defendants XOMA CORPORATION,
                                        JOHN W. VARIAN, and PAUL D. RUBIN

**CERTIFICATE OF SERVICE**

I, Jessica Valenzuela Santamaria, one of the attorneys for Defendants XOMA Corporation, John W. Varian, and Paul D. Rubin hereby certify that on August 27, 2015, I caused a copy of the attached Stipulation Re Defendants XOMA Corporation, John W. Varian, and Paul D. Rubin's Response to the Pending Complaint to be submitted electronically to the Court's Electronic Case Filing System which generates a Notice of Electronic Filing that constitutes service to all Filing Users under Fed. R. Civ. P. 5(b)(2)(D).

                                        _/s/ Jessica Valenzuela Santamaria_
                                        Jessica Valenzuela Santamaria

120642963

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

4.

STIP AND [PROPOSED] ORDER TO VACATE CMC
AND EXTEND TIME TO RESPOND TO COMPLAINT
3:15-CV-3425-HSG