Reset Form

1

2

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

3   JOSEPH F. MARKETTE, on Behalf of )
Himself and All Others Similarly Situated, )   Case No: 15-cv-3425
4                                          )
                Plaintiff(s),             )   **APPLICATION FOR**
5        v.                                )   **ADMISSION OF ATTORNEY**
                                           )   **PRO HAC VICE**
6   XOMA CORPORATION, JOHN W.             )   (CIVIL LOCAL RULE 11-3)
VARIAN, and PAUL D. RUBIN                  )
7                                          )
                Defendant(s).             )
8

9   I, Katherine M. Lenahan_____, an active member in good standing of the bar of

10  New York State_____, hereby respectfully apply for admission to practice *pro hac vice* in the
Northern District of California representing: Joseph Tarzia_____ in the

11  above-entitled action. My local co-counsel in this case is David Eldridge Bower_____, an
attorney who is a member of the bar of this Court in good standing and who maintains an office

12  within the State of California.

13  | MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 369 Lexington Avenue, 10th Floor | 10866 Wilshire Boulevard, Suite 1470 |
14  | New York, NY 10017 | Los Angeles, CA 90024 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
15  | (212) 983-9330 | (424) 256-2884 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
16  | klenahan@faruqilaw.com | dbower@faruqilaw.com |

17      I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 5102116_____.

18      A true and correct copy of a certificate of good standing or equivalent official document from said
bar is attached to this application.

19      I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
20  Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

        *I declare under penalty of perjury that the foregoing is true and correct.*
21
    Dated:  10/01/15                                    Katherine M. Lenahan
22                                                        APPLICANT

23
# ORDER GRANTING APPLICATION
24  # FOR ADMISSION OF ATTORNEY PRO HAC VICE

25      IT IS HEREBY ORDERED THAT the application of Katherine M. Lenahan_____ is granted,
subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
26  appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel
designated in the application will constitute notice to the party.
27

28  Dated:  10/2/2015                       *Haywood S. Gill*
                                    UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

*PRO HAC VICE* APPLICATION & ORDER

# Appellate Division of the Supreme Court
## of the State of New York
### First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## KATHERINE MCGLYNN LENAHAN

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **March 18, 2013**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

September 10, 2015

1582

Clerk of the Court