COOLEY LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
JESSICA VALENZUELA SANTAMARIA (220934) (jsantamaria@cooley.com)
AMANDA A. MAIN (260814) (amain@cooley.com)
BRETT H. DE JARNETTE (292919) (bdejarnette@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:     (650) 843-5000
Facsimile:      (650) 849-7400

Attorneys for Defendants
XOMA CORPORATION, JOHN W. VARIAN,
and PAUL D. RUBIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH F. MARKETTE, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>XOMA CORPORATION, JOHN W. VARIAN, and PAUL D. RUBIN,<br><br>Defendants. | Case No.  3:15-CV-3425-HSG<br><br>**STIPULATION AND ORDER TO RELATE CASES**<br><br>Judge:    Hon. Haywood S. Gilliam, Jr. |

WHEREAS, on July 24, 2015, Plaintiff Joseph F. Markette filed a putative class action complaint (the "*Markette* Class Action"), Case No. 3-15-CV-3425-HSG, against defendants XOMA Corporation, John W. Varian and Paul D. Rubin for violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 ("Exchange Act");

WHEREAS, on November 16, 2015, Plaintiff Deborah A. Fieser filed a shareholder derivative action complaint (the "*Fieser* Derivative Action"), Case No. 4:15-CV-05236-KAW against defendants XOMA Corporation, W. Denman Van Ness, William K. Bowes Jr., Peter Barton Hutt, Joseph M. Limber, Kelvin M. Neu, Patrick J. Scannon, John W. Varian, Timothy P. Walbert, Paul D. Rubin, and Jack L. Wyszomierski, for breach of fiduciary duty, arising out of largely the same underlying facts as the *Markette* Class Action;

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1.

STIPULATION AND [PROPOSED]
ORDER TO RELATE CASES
3:15-CV-3425-HSG

1    WHEREAS, the parties believe under the particular circumstances of this case that the *Markette* Class Action and the *Fieser* Derivative Action should be related pursuant to Northern District of California Local Rule 3-12(a);

THEREFORE, the parties, through counsel, hereby stipulate as follows:

1. The *Markette* Class Action and the *Fieser* Derivative Action should be related pursuant to Northern District of California Local Rule 3-12(a).

IT IS SO STIPULATED.

Dated: January 21, 2016

COOLEY LLP
JOHN C. DWYER (136533)
JESSICA VALENZUELA SANTAMARIA (220934)
AMANDA A. MAIN (260814)
BRETT H. DE JARNETTE (292919)

*/s/ Jessica Valenzuela Santamaria*
Jessica Valenzuela Santamaria (220934)

Attorneys for Defendants XOMA CORPORATION, JOHN W. VARIAN, and PAUL D. RUBIN

Dated: January 21, 2016

PUNZALAN LAW, P.C.
MARK PUNZALAN (247599)

*/s/ Mark Punzalan*
Mark Punzalan (247599)

Attorneys for Plaintiff JOSEPHE F. MARKETTE

Dated: January 21, 2016

GREEN & NOBLIN, P.C.
ROBERT S. GREEN (136183)
JAMES ROBERT NOBLIN (114442)
*and*
FEDERMAN & SHERWOOD
WILLIAM B. FEDERMAN

*/s/ James Robert Noblin*
James Robert Noblin (114442)

Attorneys for Plaintiff DEBORAH A. FIESER

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2.

STIPULATION AND [Proposed]
ORDER TO RELATE CASES
3:15-CV-3425-HSG

**ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories.

Dated: January 25, 2016              COOLEY LLP

                                     */s/ Jessica Valenzuela Santamaria*
                                     Jessica Valenzuela Santamaria (220934)

                                     Attorneys for Defendants XOMA
                                     CORPORATION, JOHN W. VARIAN,
                                     and PAUL D. RUBIN

**IT IS SO ORDERED.**

Dated: January 25, 2016              Hon. Haywood S. Gilliam, Jr.
                                     United States District Court Judge

126567771

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

3.

STIPULATION AND [PROPOSED]
ORDER TO RELATE CASES
3:15-CV-3425-HSG