UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH A. FIESER,<br><br>        Plaintiff,<br><br>   v.<br><br>W. DENMAN VAN NESS, et al.,<br><br>        Defendants. | Related Case No. 15-cv-05236-HSG<br><br>**ORDER OF RECUSAL AND ORDER RESCINDING RELATED CASE ORDER** |
| JOSEPH F. MARKETTE,<br><br>        Plaintiff,<br><br>   v.<br><br>XOMA CORPORATION, et al.,<br><br>        Defendants. | Lead Case No. 15-cv-03425-HSG |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

I, the undersigned judge of the court, finding myself disqualified in *Fieser v. Van Ness*, Case No. 4:15-cv-05236, hereby recuse myself from that case and request that the case be reassigned pursuant to the provisions of paragraph E.2 of the Assignment Plan.

The Court rescinds its order relating *Fieser* to *Markette v. Xoma Corp.*, Case No. 3:15-cv-3425. The *Markette* case will remain assigned to the undersigned judge.

///

///

///

///

///

1   All pending dates of motions, pretrial conferences and trial in the *Fieser* case are hereby
2   vacated and will be reset by the newly assigned judge. This includes the parties' stipulation to
3   extend time for defendants to respond to complaint and reschedule case management conference,
4   Dkt. No. 28.

5   **IT IS SO ORDERED.**

6   Dated: April 13, 2016

HAYWOOD S. GILLIAM, JR.
United States District Judge