1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH F. MARKETTE, on Behalf of Himself and All Others Similarly Situated,<br><br>                    Plaintiff,<br>         v.<br><br>XOMA CORPORATION, JOHN W. VARIAN, and PAUL D. RUBIN,<br><br>                    Defendants. | Case No. 15-CV-3425 (HSG)<br><br>**ORDER GRANTING LEAD PLAINTIFF JOSEPH TARZIA'S REQUEST FOR LEAVE TO APPEAR TELEPHONICALLY AT THE MAY 24, 2016 CASE MANAGEMENT CONFERENCE**<br><br>**CLASS ACTION**<br><br>Judge:  Hon. Haywood S. Gilliam, Jr.<br>Date: May 24, 2016<br>Time: 2:00 P.M.<br>Courtroom: 15–18th Floor |

# ORDER

After considering the request of Lead Plaintiff Joseph Tarzia, the Court hereby allows his counsel – Richard W. Gonnello of Faruqi & Faruqi LLP – to appear telephonically via CourtCall at the Case Management Conferences scheduled for May 24, 2016 at 2:00 p.m.   Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

**IT IS SO ORDERED.**

DATED:  May 18, 2016

THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE