COOLEY LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
JESSICA VALENZUELA SANTAMARIA (220934) (jsantamaria@cooley.com)
AMANDA A. MAIN (260814) (amain@cooley.com)
BRETT DE JARNETTE (292919) (bdejarnette@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304
Telephone:   (650) 843-5000
Facsimile:   (650) 849-7400

Attorneys for Defendants
XOMA CORPORATION, JOHN W. VARIAN,
and PAUL D. RUBIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH F. MARKETTE, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>XOMA CORPORATION, JOHN W. VARIAN, and PAUL D. RUBIN, et al.,<br><br>Defendants. | Case No.:  3:15-cv-3425-HSG<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR LEAVE TO APPEAR TELEPHONICALLY AT THE MAY 24, 2016 CASE MANAGEMENT CONFERENCE**<br><br>**CLASS ACTION**<br><br>Date:     May 24, 2016<br>Time:    2:00 p.m.<br>Judge:   Hon. Haywood S. Gilliam |

**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR LEAVE TO APPEAR TELEPHONICALLY CMC – 15-CV-3425-HSG**

**ORDER**

After considering the request of Defendants, the Court hereby allows their counsel, Jessica Valenzuela Santamaria of Cooley LLP, to appear telephonically at the Case Management Conference scheduled for May 24, 2016 at 2:00 p.m.  Counsel shall contact Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

IT IS SO ORDERED.

DATED: _____May 23_____, 2016         _____
                                        **HONORABLE HAYWOOD S. GILLIAM, JR.
                                        UNITED STATES DISTRICT JUDGE**

132263798 v1

1.

**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR LEAVE TO APPEAR TELEPHONICALLY CMC – 15-CV-3425-HSG**