Barbara A. Rohr SBN 273353
FARUQI & FARUQI, LLP
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: 424-256-2884
Facsimile: 424-256-2885
E-mail: brohr@faruqilaw.com

Nadeem Faruqi (*pro hac vice*)
Richard W. Gonnello (*pro hac vice*)
Megan M. Sullivan (*pro hac vice*)
Katherine M. Lenahan (*pro hac vice*)
FARUQI & FARUQI, LLP
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
E-mail: nfaruqi@faruqilaw.com
rgonnello@faruqilaw.com
msullivan@faruqilaw.com
klenahan@faruqilaw.com

*Attorneys for Lead Plaintiff Joseph Tarzia*

John C. Dwyer (136544)
(dwyerjc@cooley.com)
Jessica Valenzuela Santamaria (220934)
(jsantamaria@cooley.com)
Amanda A. Main (260814)
(amain@cooley.com)
Brett De Jarnette (292919)
(bdejarnette@cooley.com)
COOLEY LLP
3175 Hanover Street
Palo Alto, California 94304
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

*Attorneys for Defendants XOMA Corporation, John W. Varian, Paul D. Rubin, and Kelvin M. Neu*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH F. MARKETTE, on Behalf of Himself and All Others Similarly Situated,<br><br>                    Plaintiff,<br>     v.<br><br>XOMA CORPORATION, JOHN W. VARIAN, and PAUL D. RUBIN,<br>                    Defendants. | Case No. 15-CV-3425 (HSG)<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT TO DECEMBER 15, 2016**<br><br>**CLASS ACTION**<br><br>Date:    November 3, 2016<br>Time:    2:00 p.m.<br>Judge:   Hon. Haywood S. Gilliam |

1  Lead Plaintiff Joseph Tarzia ("Lead Plaintiff") and Defendants XOMA Corporation, John
2 W. Varian, Paul D. Rubin, and Kelvin M. Neu (collectively, "Defendants" and together with
3 Lead Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate as
4 follows:

5  WHEREAS, on May 24, 2016, the Court entered an Order (ECF No. 83) which set the
6 case management deadlines as follows:

| EVENT | DATE |
| --- | --- |
| Lead Plaintiff's deadline to amend the complaint | July 8, 2016 |
| Defendants' deadline to file a response to any amended complaint | August 11, 2016 |
| Lead Plaintiff's deadline to file an opposition to an opposition to any motion filed in response to any amended complaint | September 15, 2016 |
| Defendants' deadline to file a reply in support of any responsive motion | September 29, 2016 |
| Hearing on any responsive motion | October 13, 2016 |

15  WHEREAS Lead Plaintiff filed an Amended Class Action Complaint on July 8, 2016
16 (ECF No. 87);

17  WHEREAS, on July 22, 2016, the Parties filed a Stipulation and [Proposed] Order to
18 Extend the Case Management Schedule (ECF No. 92) as follows:

| EVENT | DATE |
| --- | --- |
| Defendants' deadline to file a joint motion to dismiss the amended complaint | September 2, 2016 |
| Lead Plaintiff's deadline to file an opposition to the motion to dismiss the amended complaint | October 28, 2016 |
| Defendants' deadline to file a reply in support of the motion to dismiss | December 2, 2016 |
| Hearing on motion to dismiss | December 22, 2016 |

1

**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MTD AMENDED CLASS ACTION COMPLAINT**
**15-cv-3425 (HSG)**

1   WHEREAS, on July 22, 2016 the Court entered an Order Granting in Part and Denying
2   in Part Stipulated Request to Amend Scheduling Order (ECF No. 93) which revised the case
3   management deadlines as follows:

| EVENT | DATE |
|---|---|
| Defendants' deadline to file a joint motion to dismiss the amended complaint | September 2, 2016 |
| Plaintiff's deadline to file an opposition to the motion to dismiss the amended complaint | Within five weeks of the date that Defendants' motion to dismiss is filed |
| Defendants' deadline to file a reply in support of the motion to dismiss | Within two weeks of the date that Plaintiff files his opposition |
| Hearing on motion to dismiss | November 3, 2016 |

13   WHEREAS, on September 2, 2016, Defendants filed their Motion to Dismiss Amended
14   Class Action Complaint (the "Motion to Dismiss") (ECF No. 94) and related papers;
15   WHEREAS, Lead Plaintiff's counsel is unavailable on November 3, 2016 due to a
16   personal matter;
17   WHEREAS, the Parties have agreed to continue the hearing on the Motion to Dismiss
18   from November 3, 2016 to December 15, 2016; and
19   NOW THEREFORE, THE FOLLOWING IS HEREBY STIPULATED by and between
20   the Parties, through their respective counsel:
21       1.  The hearing on Defendants' motion to dismiss is continued to December 15, 2016 at
22           2:00 p.m.
23   **IT IS SO STIPULATED.**
24   Dated: September 13, 2016                         Respectfully submitted,

                                                    By: /s/ *Richard W. Gonnello*
                                                        Richard W. Gonnello

                                                    **FARUQI & FARUQI, LLP**

2
**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MTD AMENDED CLASS ACTION COMPLAINT**
**15-cv-3425 (HSG)**

Barbara A. Rohr SBN 273353
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: 424-256-2884
Facsimile: 424-256-2885
Email: brohr@faruqilaw.com

Nadeem Faruqi (*pro hac vice*)
Richard W. Gonnello (*pro hac vice*)
Megan M. Sullivan (*pro hac vice*)
Katherine M. Lenahan (*pro hac vice*)
685 Third Ave., 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email: nfaruqi@faruqilaw.com
        rgonnello@faruqilaw.com
        msullivan@faruqilaw.com
        klenahan@faruqilaw.com

*Attorneys for Lead Plaintiff Joseph Tarzia and Lead Counsel for the Class*

Dated September 13, 2016,                COOLEY LLP

By: /s/ *Jessica Valenzuela Santamaria*
    Jessica Valenzuela Santamaria

**COOLEY LLP**

John C. Dwyer
(dwyerjc@cooley.com)
Jessica Valenzuela Santamaria
(jsantamaria@cooley.com)
Amanda A. Main
(amain@cooley.com)
Brett De Jarnette (292919)
(bdejarnette@cooley.com)
3175 Hanover Street
Palo Alto, California 94304
Telephone:   (650) 843-5000
Facsimile:   (650) 849-7400

*Attorneys for Defendants XOMA Corporation, John W. Varian, Paul D. Rubin, and Kelvin M. Neu*

3
**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MTD AMENDED CLASS ACTION COMPLAINT**
**15-cv-3425 (HSG)**

\*   \*   \*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  September 15, 2016 _____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

## ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))

I, Richard W. Gonnello, am the ECF user whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT.  I hereby attest that the other above-named signatories concur in this filing.

DATED:  September 13, 2016          By:   */s/ Richard W. Gonnello*
                                          Richard W. Gonnello

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2016, I authorized the electronic filing of the STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT with the Clerk of the Court using the CM/ECF system which will send notice of such filing to counsel of record.

By: /s/ *Richard W. Gonnello*
Richard W. Gonnello