Benjamin Heikali SBN 307466
**FARUQI & FARUQI, LLP**
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: 424-256-2884
Facsimile: 424-256-2885
E-mail: brohr@faruqilaw.com

Nadeem Faruqi (*pro hac vice)*
Richard W. Gonnello (*pro hac vice*)
Katherine M. Lenahan (*pro hac vice*)
Sherief Morsy (*pro hac vice*)
**FARUQI & FARUQI, LLP**
685 Third Ave., 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
E-mail: nfaruqi@faruqilaw.com
       rgonnello@faruqilaw.com
       klenahan@faruqilaw.com
       smorsy@faruqilaw.com

*Attorneys for Lead Plaintiff Joseph Tarzia*

Additional counsel on signature page

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH F. MARKETTE, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>XOMA CORPORATION, JOHN W. VARIAN, and PAUL D. RUBIN, et. al.,<br>Defendants. | Case No. 15-CV-3425 (HSG)<br><br>**STIPULATION AND ORDER OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br><u>CLASS ACTION</u> |

**JOINT STIPULATION OF DISMISSAL**
**15-CV-3425 (HSG)**

WHEREAS, on July 24, 2015, Joseph F. Markette filed the above-captioned action on behalf of himself and the public stockholders of XOMA Corporation ("XOMA") against XOMA, John W. Varian, and Paul D. Rubin (ECF No. 1);

WHEREAS, on September 22, 2015, plaintiff Joseph Tarzia filed a Motion for Appointment as Lead Plaintiff and Approval of Faruqi & Faruqi LLP as Lead Counsel (ECF No. 11);

WHEREAS, on May 13, 2016, the Court appointed Joseph Tarzia as Lead Plaintiff and approved Lead Plaintiff's selection of Faruqi & Faruqi LLP as Lead Counsel (ECF No. 77);

WHEREAS, on July 8, 2016, Plaintiff filed an Amended Class Action Complaint (ECF No. 87), adding Kelvin Neu as a defendant (collectively with XOMA, Mr. Varian, and Dr. Rubin "Defendants," and together with the Plaintiff, the "Parties");

WHEREAS, no class has been certified;

WHEREAS, on September 28, 2017, the Court granted Defendants' Motion to Dismiss the Amended Class Action Complaint without prejudice and entered an order requiring Plaintiff to file and serve an amended class action complaint by October 26, 2017 (ECF No. 113);

WHEREAS, after conducting a thorough investigation, Plaintiff has decided not to file an amended class action complaint and to voluntarily dismiss the above-captioned action, with prejudice as to Plaintiff and his individual claims and without prejudice to the unnamed class members, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure;

WHEREAS, no party asserts or contends that any of the Parties or their respective counsel have at any time failed to comply with Rule 11 of the Federal Rules of Civil Procedure;

WHEREAS, the Parties agree that each Party shall bear its own costs, attorneys' fees, and expenses and that no costs, sanctions, claims, or attorneys' fees arising in or from this action will be pursued by any of the Parties.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, subject to the Court's approval, as follows:

1. Plaintiff voluntarily dismisses the above-captioned action with prejudice as to his individual claims and without prejudice as to the unnamed class members pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure;

2. None of the Parties or their respective counsel have at any time failed to comply with Rule 11 of the Federal Rules of Civil Procedure; and

3. The Parties shall each bear their own costs, attorneys' fees, and expenses and that no costs, sanctions, claims, or attorneys' fees arising in or from this action will be pursued by any of the parties.

Dated: October 24, 2017

**FARUQI & FARUQI LLP**

By: /s/ Richard W. Gonnello
Richard W. Gonnello (pro hac vice)

685 Third Ave., 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email: rgonnello@faruqilaw.com

*Attorneys for Lead Plaintiff Joseph Tarzia*

Dated: October 24, 2017

**COOLEY LLP**

By: /s/ Jessica Valenzuela Santamaria
Jessica Valenzuela Santamaria (SBN 220934)

John C. Dwyer
Jessica Valenzuela Santamaria
Jessie Simpson Lagoy
Brett De Jarnette
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400
Email: jvs@cooley.com

*Attorneys for Defendants XOMA Corporation, John W. Varian, Paul D. Rubin, and Kelvin Neu*

## **ATTESTATION**

I, Richard W. Gonnello, hereby attest that the other signatories listed, on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 24, 2017

/s/ Richard W. Gonnello<br>Richard W. Gonnello

\*     \*     \*

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Date: October 25, 2017      *Haywood S. Gilliam Jr.*
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE